**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-7290**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ERIC L. JACKSON, a/k/a Tango,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:01-cr-00004-JPB-MJA-1)

---

Submitted:  July 25, 2024                                            Decided:  July 29, 2024

---

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Eric L. Jackson, Appellant Pro Se.  Sarah Wagner, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Clarksburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric L. Jackson appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release as amended. Upon review of the record, in conjunction with the arguments raised on appeal and relevant authorities, we conclude that the district court did not abuse its discretion in denying Jackson's motion. *United States v. Centeno-Morales*, 90 F.4th 274, 280 (4th Cir. 2024) (providing standard of review). Accordingly, we affirm the district court's order. *United States v. Jackson*, No. 5:01-cr-00004-JPB-MJA-1 (N.D.W. Va. Sept. 5, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*